UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ABILIFY (ARIPIPRAZOLE)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| Ortega, et al. v. Bristol-Myers Squibb Co., et al., ) <br> N. D. California, C.A. No. 4:18-04968 ) <br> Williams, et al. v. Bristol-Myers Squibb Co., et al., ) <br> N. D. California, C.A. No. 4:18-05052 ) | MDL No. 2734 |

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these actions (*Ortega* and *Williams*) on August 21, 2018. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Ortega* and *Williams* filed notices of opposition to the proposed transfer. Plaintiffs have now withdrawn their oppositions to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-23" filed on August 21, 2018, is LIFTED insofar as it relates to these actions. The actions are transferred to the Northern District of Florida for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable M. Casey Rodgers.

FOR THE PANEL:

*Jeffery N. Lüthi*
Jeffery N. Lüthi
Clerk of the Panel

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits

By  *Donna Bajzek*
Deputy Clerk